Hah, Judge,
 

 delivered the opinion of the Court:— The deed ought to have been received in evidence, on the ground of the acknowledgment in the County Court. The certificate of the Clerk appointed and trusted for that purpose, states
 
 that the deed was acknowledged. A,
 
 ■deed cannot be acknowledged except by him or them who have executed it. It is not indispensably necessary, that the names of the. persons by whom the acknowledgment was made, should be set forth. When an officer sets forth that any thing has been done in his office, officially by him, we must presume that it was done legally, unless the contrary legally appears. Here wo must presume that the acknowledgment was made either by the husband and wife or by the husband alone; in either of which cases it ought to bo read. It is a farfetched presumption, that it was made by the wife alone, without the consent or participation of the husband. If then, it was made by the husband, it ought to be read as to him. It is a matter of little moment, whether it was acknowledged by the wife or not, unless her privy examination w'as also produced. However, it is not the province of this Court to look into the deed, and say what interest passed by it; that belongs to the Court and Jury, who shall try the cause belowr. Let the rule for a new trial be made absolute.